1  DOUGLAS A. SCULLION (State Bar No. 215339)
   doug.scullion@dentons.com
2  ANNA RASSOULI (State Bar No. 260911)
   anna.rassouli@dentons.com
3  DENTONS US LLP
   525 Market Street, 26th Floor
4  San Francisco, CA 94105-2708
   Telephone: (415) 882-5000
5  Facsimile: (415) 882-0300

6  Attorneys for Defendants THE LINCOLN
   NATIONAL LIFE INSURANCE
7  COMPANY erroneously sued herein as
   "LINCOLN FINANCIAL GROUP" and
8  LINK-ALLEN BENEFIT GROUP, INC.,
   erroneously sued herein as "LINK-
9  ALLEN BENEFIT GROUP"

10 CHARLES S. PAINTER (State Bar No. 89045)
   cpainter@ericksenarbuthnot.com
11 DAVID B. LEAS (State Bar No. 238326)
   dleas@ericksenarbuthnot.com
12 ERICKSEN ARBUTHNOT
   100 Howe Avenue, Suite 110 South
13 Sacramento, CA 95825-8201
   Telephone: (916) 483-5181
14 Facsimile: (916) 483-7558

15 Attorneys for Defendant
   LINK-ALLEN BENEFIT GROUP, INC.,
16 erroneously sued herein as LINK-ALLEN
   BENEFIT GROUP

17

18

19              UNITED STATES DISTRICT COURT

20              EASTERN DISTRICT OF CALIFORNIA

21

22 JON W. OLSON,                          Case No.:  1:13-cv-00685-AWI-MJS

23          Plaintiff,                    **STIPULATION OF DISMISSAL AND
                                          ORDER DISMISSING ACTION**
24       vs.

25 LINCOLN FINANCIAL GROUP and
   LINK-ALLEN BENEFIT GROUP,
26
            Defendants.
27

28

DENTONS US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA  94105-2708
(415) 882-5000

-1-

1    Pursuant to the Federal Rules of Civil Procedure, Rule 41(A)(1)(a)(ii), the parties hereby

2    stipulate that this action shall be DISMISSED in its entirety WITH PREJUDICE, with each side

3    bearing its own fees and costs.

4    IT IS SO STIPULATED.

5    Dated: July 27, 2013

6

7    BY _____/s/ Jon W. Olson_____
                        JON W. OLSON (*in pro per*)

8    Dated: July 29, 2013        DENTONS US LLP

9

10

11   By _____/s/ Anna Rassouli_____
                        DOUGLAS A. SCULLION
12                      ANNA RASSOULI

13   Attorneys for Defendants THE LINCOLN
     NATIONAL LIFE INSURANCE COMPANY
14   erroneously sued herein as "LINCOLN
     FINANCIAL GROUP" and LINK-ALLEN
15   BENEFIT GROUP, INC., erroneously sued herein
     as "LINK-ALLEN BENEFIT GROUP"
16

17

18

19

20

21   27407780\V-1

22

23   IT IS SO ORDERED.

24   Dated:   August 1, 2013

25   _____
                SENIOR  DISTRICT  JUDGE
26

27

28

DENTONS US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA  94105-2708
(415) 882-5000