1  DOUGLAS A. SCULLION (State Bar No. 215339)
   doug.scullion@dentons.com
2  ANNA RASSOULI (State Bar No. 260911)
   anna.rassouli@dentons.com
3  DENTONS US LLP
   525 Market Street, 26th Floor
4  San Francisco, CA 94105-2708
   Telephone: (415) 882-5000
5  Facsimile: (415) 882-0300

6  Attorneys for Defendants THE LINCOLN
   NATIONAL LIFE INSURANCE
7  COMPANY erroneously sued herein as
   "LINCOLN FINANCIAL GROUP" and
8  LINK-ALLEN BENEFIT GROUP, INC.,
   erroneously sued herein as "LINK-
9  ALLEN BENEFIT GROUP"

10 CHARLES S. PAINTER (State Bar No. 89045)
   cpainter@ericksenarbuthnot.com
11 DAVID B. LEAS (State Bar No. 238326)
   dleas@ericksenarbuthnot.com
12 ERICKSEN ARBUTHNOT
   100 Howe Avenue, Suite 110 South
13 Sacramento, CA 95825-8201
   Telephone: (916) 483-5181
14 Facsimile: (916) 483-7558

15 Attorneys for Defendant
   LINK-ALLEN BENEFIT GROUP, INC.,
16 erroneously sued herein as LINK-ALLEN
   BENEFIT GROUP

17

18

19                UNITED STATES DISTRICT COURT

20                EASTERN DISTRICT OF CALIFORNIA

21

| | |
|---|---|
| JON W. OLSON, | Case No.: 1:13-cv-00685-AWI-MJS |
| Plaintiff, | **STIPULATION OF DISMISSAL AND ORDER DISMISSING ACTION** |
| vs. | |
| LINCOLN FINANCIAL GROUP and LINK-ALLEN BENEFIT GROUP, | |
| Defendants. | |

DENTONS US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

Pursuant to the Federal Rules of Civil Procedure, Rule 41(A)(1)(a)(ii), the parties hereby stipulate that this action shall be DISMISSED in its entirety WITH PREJUDICE, with each side bearing its own fees and costs.

IT IS SO STIPULATED.

Dated: July 27, 2013

BY    /s/ Jon W. Olson
       JON W. OLSON (*in pro per*)

Dated: July 29, 2013    DENTONS US LLP

By    /s/ Anna Rassouli
       DOUGLAS A. SCULLION
       ANNA RASSOULI

Attorneys for Defendants THE LINCOLN NATIONAL LIFE INSURANCE COMPANY erroneously sued herein as "LINCOLN FINANCIAL GROUP" and LINK-ALLEN BENEFIT GROUP, INC., erroneously sued herein as "LINK-ALLEN BENEFIT GROUP"

27407780\V-1

IT IS SO ORDERED.

Dated:   August 1, 2013

_____
SENIOR DISTRICT JUDGE